JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vernon D. Allen (see Attachment A for all named Plaintiffs)

**(b)** County of Residence of First Listed Plaintiff    Unknown
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John B. Dupree
Market Street Law, PLLC
625 Market Street, 14th Floor, Knoxville TN 37902 (865) 245-4438

## DEFENDANTS
Jacobs Engineering Group, Inc.; Rogers Group Investments, Inc.; EnSafe Engineering Services, and EnSafe Inc.

County of Residence of First Listed Defendant    Los Angeles County, CA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
James F. Sanders (Jacobs Counsel; see also Attachment B)
Neal & Harwell, PLC
1201 Demonbreun, Suite 1000, Nashville, TN 37203 (615) 244-1713

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1442(a)(1)
Brief description of cause:
Tort claims against TVA contractor which are barred by certain federal defenses

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Thomas Varlan / Magistrate Guyton
DOCKET NUMBER 3:13-cv-00505

DATE
04/16/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ James F. Sanders

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

Case 3:18-cv-00153-TAV-HBG Document 1-1 Filed 04/17/18 Page 1 of 7 PageID #: 21

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# CIVIL COVER SHEET ATTACHMENT A
## LIST OF ALL NAMED PLAINTIFFS

Vernon D. Allen
Sandra Allen
Cindy Baker
George Baldwin
Garry Beason
Karen Beason
Paul Bennett, Jr.
Douglas Bledsoe
Johnnie Bledsoe
Katie Botts
Sherri Botts
Michael Bowlin
Terrance Brashears
Bradley Brown
Jennifer Brown
Corey Buchannon
Jackie Bunch
Steven Bunkley
Kathleen Bunkley
Christopher Burbage
Laura Burbage
Brian Burchfield
Amy Burchfield
Michael Burum
Brian Carroll,
Vincent Chesser
Jamie Chesser
Gary Cole
Juanota Cole
Michael Colyer
Lena and David Copeland for the Estate of Leonard Copeland, Deceased
Lena and David Copeland for the Estate of Judy Copeland, Deceased
Larry Cordell
Jackie Cordell
Jerry Coxey
Cindy Coxey
Richard Crane
Amanda Crumby for the Estate of Paul Smith, Deceased
Harold Davis, Jr.
Vickie Davis
Wilbert Davis
Kimberleigh Dishman

John Dishman
Donald Dixson
Toni Lynnette Dixon
David Dugger
Valerie Dugger
Kevin Duncan
Tamra Duncan
Stormy Dunn
Daryl Fink, Sr.
Karen Fink
Daniel Forrester
Jawanna Forrester
Clayton Foust
Pam Foust
Jack Fozzard
James Freels
Ashley Freels
Bobby Gann
Angela Gann
Sara Gardner
Ricky Gardner
James Gilliam
Karen Gilliam
Danny Gouge
Bradford Green
Ginger Green
Roger Griffith
Julice Griffith
Johnny Hall
Billie Jo Hall
Bobby Haire
Celena Haire
Glen Haney, Jr.
Diana Haney
Mark Henderson
Brandy Henderson
Charles Huckaby, Jr.
Brenda Huckaby
John Jennings
Mark Johnson
Tammy Johnson
Tommy Johnson
Betty Johnson
Amy Jones
Michael Justice
Charles Keel, Jr.

Kimberly Keel
Melvin Kidd
Regina Kidd
Stevie Kilby
Melissa Kilby
Kevin Kile
Julia Kile
Wesley Roman Lawson
Michael Laymance
Denise Laymance
Rusty Laymance
Frank Lee
Paula Lee
William Lee
Diane Lee
Elmer Lowe
Sean May
Sylvia May
Conley Mark Mack
George McAllister
Suzie McAllister
S.T. McCollum
Kathy McCollum
Dale McGill
Donna McGill
David Millsaps
Loretta Millsaps
James Monroe
Sarah Monroe
Roger Moore
Linda Moore
Ryan Mulloy
Steve Pettyjohn
Pamela Pettyjohn
Daniel Pressley
James Price
Ruby Price
Timothy Ricker
Jones Risner
David Ray
Michael Robinette
James Rogers
Carol Rogers
Vincent Romasco
Donna Romasco
Ernestine Sargent

3

Greg Schwartz
Trieu Schwartz
John Sexton
Doretta Sexton
Kevin Seeber
Kristy Seeber
Robert Shubert, III
Dennis Smith
Mary Stephanie Smith
Anthony Spradlin
Lisa Spradlin
Horace B. Stair
Russell Stansberry
Timothy Steele
Shannon Steele
William Stephens
Linda Stephens
James Styles, Jr.
Crystal Styles
John Suter
Abby Suter
Tommy Swicegood
Jannie Swicegood
David Thompson
Linda Thompson
Lewis Thompson
Clata Thompson
Randall Tilley
Stefanie Tilley
Bryan Todd for the Estate of Hobert Todd, Deceased
Brandon Turpin
Ernie Turpin
Benjamin West
Brittanie West
David West
Sharron West
Brian Weiford
Robbie Weiford
Edwinna Whitsel
David Whitsel
Patrick Wood for the Estate of Polly Woods, Deceased
Alex Wright
Kenneth Wright
Martha Wright
William Yates
Jacky Yates

# CIVIL COVER SHEET ATTACHMENT B
# LIST OF ADDITIONAL NAMED ATTORNEYS
# FOR DEFENDANT JACOBS ENGINEERING GROUP, INC.

J. Isaac Sanders
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203

Marie T. Scott
Neal & Harwell, PLC
1202 Demonbreun Street
Suite 1000
Nashville, TN 37203

S. Joseph Welborn
Smith Cashion & Orr, PLC
231 Third Avenue North
Nashville, TN 37201

Joshua K. Chesser
Smith Cashion & Orr, PLC
231 Third Avenue North
Nashville, TN 37201