# Exhibit 2

IN THE CIRCUIT COURT FOR ROANE COUNTY, TENNESSEE

| | |
|---|---|
| VERNON D. ALLEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2018-CV-30 |
| ) | |
| JACOBS ENGINEERING GROUP, INC., ) | JURY DEMANDED |
| ROGERS GROUP INVESTMENTS, INC., ) | |
| ENSAFE ENGINEERING SERVICES, ) | |
| ENSAFE, INC., ) | |
| ) | |
| Defendants. | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**NOTICE IS HEREBY GIVEN** that pursuant to the provisions of 28 U.S.C. § 1442(a)(1), Defendant Jacobs Engineering Group, Inc. ("Jacobs"), did on the 16th day of April, 2018, file a *Notice of Removal* in the United States District Court for the Eastern District of Tennessee, a copy of which is attached hereto as **Exhibit A.**

You are also advised that this filing of a copy of the Notice with the Circuit Court of Roane County, Tennessee, shall affect the removal and such court shall proceed no further unless and until the case is remanded.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
    James F. Sanders    No. 005267
    jsanders@nealharwell.com
    J. Isaac Sanders    No. 029372
    isanders@nealharwell.com
    Marie T. Scott    No. 032771
    mscott@nealharwell.com
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

SMITH CASHION & ORR, PLC
Jefferson C. Orr    (No. 12743)
jorr@smithcashion.com
S. Joe Welborn    (No. 21747)
jwelborn@smithcashion.com
Joshua K. Chesser    (No. 27993)
jchesser@smithcashion.com
231 Third Avenue North
Nashville, Tennessee 37201
Telephone:    (615) 742-8555
Facsimile:    (615) 742-8556

*Attorneys for Defendant*
*Jacobs Engineering Group, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April, 2018, I have served a true and correct copy of the Notice of Filing of Notice of Removal on counsel of record as indicated below.

| | | |
|---|---|---|
| [ ] | U.S. Mail | John B. Dupree, Esq. |
| [ ] | Facsimile | Keith D. Stewart, Esq. |
| [ ] | Email | James K. Scott, Esq. |
| [x] | Overnight Mail | Market Street Law, PLLC |
| | | 625 Market Street, 14th Floor |
| | | Knoxville, TN 37902 |
| | | John.dupree@knoxtnlaw.com |
| | | keithdstewaret@gmail.com |
| | | Jimscott264@gmail.com |

_____