# Exhibit 5


## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

# SAFETY INTEGRATION – ONE PROGRAM

## 1    OVERVIEW

1.1    This section outlines the elements and requirements of the Kingston Ash Recovery Project (KRP) Safety Process and its governing documents. It defines the roles and responsibilities of safety and supervisory (contractors and TVA) personnel that oversee the work processes, equipment, and personnel. It applies to contractors performing work on the KRP. It includes the requirements of training, job hazard analysis, injury and near miss trending, and reporting. It also provides a description of the safety "tool box" and processes.

## 2    GOVERNANCE DOCUMENTS

2.1    The KRP safety program is governed by the Site Wide Safety and Health Plan (SWSHP), associated KRP Standard Operating Procedures (SOP), applicable TVA Safety Procedures, and the Kingston Fossil Plant Emergency Response Plan.

2.2    The SWSHP is prepared and maintained by the Jacobs' Lead Assistant Safety Official and is reviewed and approved by TVA. The SWSHP has been prepared in compliance with TVA corporate requirements and was developed with input from TVA's safety and police departments and reviewed and approved by the U.S. Environmental Protection Agency (EPA).

2.3    The SWSHP describes the potential hazards associated with the KRP, the health hazard monitoring, personal protective equipment required for the protection of workers and the industrial hygiene plan. The SWSHP addresses HAZWOPER work zones, decontamination, dust management, and other site control requirements, training, hazard communication, and emergency response.

2.4    The SWSHP provides the framework for project-specific plans and health and safety procedures, including job-specific hazard analysis, meetings, logs, reports, and recordkeeping.

2.5    All personnel onsite are required to adhere to the SWSHP, TVA safety procedures, and KRP's Project Management Plan and its SOPs.

2.6    The SWSHP is an Administrative Order requirement per the agreement signed with the EPA on May 11, 2009. Organizational structure is per the National Incident Management System (NIMS)

2.7    TVA Supply Chain is responsible for providing a copy of the current SWSHP to contractors during the bid process.

2.8    The SWSHP can be found on the TVA intranet (Kingston), the EPA website (EPAKingstonTVA.com) or a hardcopy can be obtained from Document Control, located in the Jacobs Trailer #1. The SWSHP is a controlled regulatory document.

## 3    ROLES AND RESPONSIBILITIES

3.1    KRP Health & Safety Professional's Authority

3.1.1    TVA's Site Safety Official provides oversight for TVA, its contractors and all work associated with the KRP. Jacobs is TVA's agent to manage its Health and Safety Program for the KRP.

3.1.2    Jacobs will provide a Lead Assistant Safety Official, safety support professionals, industrial hygiene team members and administrative assistance to support the management of TVA's safety program and promote a safe work environment. This group reports directly to TVA's Site Safety Official. Jacobs will provide personnel to perform the following activities, as required:



**JACOBS**

REVISION NO: 1
DATE: December 30, 2010
PAGE 2 of 11

### PROJECT MANAGEMENT PLAN
### KINGSTON ASH RECOVERY PROJECT

## SAFETY INTEGRATION – ONE PROGRAM

- Field safety support services. Note: TVA's Civil Projects will provide safety personnel for its craft personnel operations
- Participation on such committees as CSMRT and Trilateral
- Lead site safety professional meetings
- Promote a safe work environment
- Manage and administer the Safety Observation Reporting program
- Manage and administer TVA's reporting systems
- Develop the monthly safety report and scorecard
- Participate and / or lead safety investigations as required
- Manage TVA's industrial hygiene program
- Development of any revisions to the Site Wide Safety and Health Plan (SWSHP) and its booklet
- Develop and revise any required SOPs
- Report to such committees as the Management Review Committee (MRC)

3.1.3 The EPA On-Scene Coordinator (OSC) is responsible for overall safety while under the CERCLA order. The EPA OSC has designated the National Strike Force (NSF) (Gulf Strike Team, members of the U.S. Coast Guard) as his direct representative to oversee all health and safety onsite. Any issues identified by the NSF will be addressed by Jacobs Safety Department in an expedient manner. Items will be brought to the attention of Jacobs Safety Department, contractors, Jacobs Program Manager, and TVA's General Manager and tracked through completion at the satisfaction of EPA and NSF.

3.1.4 All TVA personnel and contractors will report all safety matters directly to the Jacobs Safety Department. They will maintain all records and safety reporting and administration.

3.1.5 Jacobs has the authority to:

- Stop all unsafe acts
- Request any work being conducted by any contractor to be done in a different manner to improve safety
- Order a contractor to pull any equipment off-line that is unfit for use
- Provide professional safety guidance

3.1.6 If Jacobs' Safety personnel notice a situation that needs improvement, they will discuss the situation with the Construction Manager (CM) assigned to the area. The CM will talk directly to the contractor's supervisor. In those cases, if not yet involved, the CM will be informed of the change.

3.1.7 If work is stopped for a notable period of time, the Project Manager will also be informed. If there is a disagreement at any of the levels, the work is stopped until the issue is raised to the next level of management.

3.1.8 Upon approval by TVA, Jacobs Safety Department has the discretion to ask to have a contractor's employee removed from the site.

## 4 ALL WORK FORCE MEMBERS

4.1 All personnel have the right and obligation to stop any activity on the spot that is an immediate safety hazard.

Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 3 of 12   PageID #: 591

JEG0000391



**JACOBS**

REVISION NO: 1
DATE: December 30, 2010
PAGE 3 of 11

**PROJECT MANAGEMENT PLAN**
**KINGSTON ASH RECOVERY PROJECT**

# SAFETY INTEGRATION – ONE PROGRAM

4.2    Each person is ultimately responsible for his or her own safety and that of their fellow workers and is responsible for following established safety processes and procedures.

4.3    All personnel have the right to review the SWSHP and can contact Jacobs Safety Department to obtain a copy.

## 5    CONTRACTORS

5.1    Each contractor is to:

5.1.1    Provide a copy of the Daily Safety Officer Report ICS 214 Form on a daily basis (or equivalent) (electronically) from each safety professional to Jacobs' Safety Admisintrative Assistant and provide a copy Jacobs' Lead Assistant Safety Official - on a weekly basis.

5.1.2    Forward all completed Safety Observation Report (SOR) forms on a daily basis to Jacobs Safety Department (Marsha Bacon).

5.1.3    Manage its workforce in the field and be responsible for the safety of its employees.

5.1.4    Develop and implement a work plan for its workers that adhere to the SWSHP and TVA Safety and Environmental Procedures.

5.1.5    Be responsible for all disciplinary actions for their employees.

5.1.6    Participate, conduct investigations, and issue applicable reports associated with their incidents including safety and environmental incidents as requested and in accordance with site SOPs and TVA procedures.

5.1.7    Report any incidents immediately to the Jacobs' Safety Department.

5.1.8    Obtain permission from Jacobs Safety Department prior bringing or removing any chemicals or potential hazardous materials and maintain updated Material Safety Data Sheets with Jacobs Safety Department.

5.1.9    Develop associated Job Hazards Analysis (JHAs) for their associated work

5.1.10    Conduct daily Pre-Job Safety briefings and Post-Job briefings which include:

- Job Safety Analysis (JSA) for the tasks to be performed for the day
- A review of potential job hazards identified on the JHA
- Discussion on potential changing conditions and how to best react to them including stop / hold points of the tasks performed
- "Two-Minute Rule"
- Lessons learned
- Update all JSAs and JHAs as needed

5.1.11    Report all safety and environmental incidents findings and corrective actions performed in the Management Review Committee and assist Jacobs in complete closure of all incidents to the satisfaction of TVA and Jacobs.

***Note: Production does not take priority over safety, nor are production-based contracts justification to shortcut the KRP safety process.***

## 6    SAFETY TEAM AND SAFETY ADMINISTRATION

6.1    Organization

Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 4 of 12   PageID #: 592

JEG0000392



**JACOBS**
REVISION NO: 1
DATE: December 30, 2010
PAGE 4 of 11

**PROJECT MANAGEMENT PLAN**
**KINGSTON ASH RECOVERY PROJECT**

## SAFETY INTEGRATION – ONE PROGRAM

6.1.1 Jacobs provides full time site safety professionals. Jacobs supports the safety program and provides industrial hygiene and personnel health monitoring in addition to other safety support.

6.1.2 Each contractor, including TVA's Civil Projects, provides an onsite safety representative.

6.1.3 Jacobs' Safety professionals will be the overall integrator of field safety and provide such functions as:

– Site orientations for all onsite personnel
– Incident tracking, trending, reporting and investigation
– Identification of health and safety hazards and hazard communication
– Coordination with TVA Police to maintain site security of the designated work zones
– Participation with the Kingston Fossil Plant on such activities as the development of the Emergency Action Response for emergency response planning, training and coordination
– Coordination with emergency response in the event of an accident on the Project.
– SOR database management

6.2 Safety Titles

6.2.1 Jacobs' Lead Assistant Safety Official in the Incident Command Structure per emergency response protocol.. For clarification purposes, this position is titled as the Program Health and Safety Manager (Project Health and Safety Manager) in the SWSHP

6.3 Safety Orientation and Training

6.3.1 All Jacobs' employees, TVA personnel, and TVA contractors and their employees shall receive Site Safety Orientation training conducted by a Jacobs representative or designee prior to performing any work at/on the site. The intent is to familiarize employees and contractors with the KRP site and its potential hazards and safety requirements.

6.3.2 All visitors must be escorted.

6.3.3 TVA contractors are responsible for maintaining and documenting all safety training for their employees.

6.3.4 HAZWOPER and OSHA 10 training are required for work access to the field. See SWSHP for more definition.

6.4 Incident Management (Reference *SOP-HSE-006 Incident Reporting*)

6.4.1 Incident Reporting – Depicts the process for Incident reporting and the "phone tree".

6.4.2 Incident Statistics – To be tracked by Jacobs Lead Safety Officer or their designee.

6.5 Safety Logo

6.5.1 The following safety logo has been established for KRP.



Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 5 of 12   PageID #: 593

JEG0000393



## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

# SAFETY INTEGRATION – ONE PROGRAM

6.6 Safety Committees (Reference SOP-HSE-023 Health and Safety Program Committees)

    6.6.1 Safety committees have been established aligned with TVA's safety manual requirements.

    6.6.2 A listing of committees and members is located in the SOP.

6.7 Safety Recognition Program (Reference *SOP-HSE-021 Safety Recognition Program*)

    6.7.1 A safety recognition program that ensures a work place environment for continuous improvement and cooperation is approved for KRP.

6.8 Reporting

    6.8.1 All contractors are to provide man-hours on a monthly basis and provide to the Jacobs' Safety Administrative Assistant and any additional reports and support as required.

## 7 RECORDS

7.1 Quality Assurance (QA) Records

    7.1.1 None

7.2 Non-QA Records

    7.2.1 Flash Report

    7.2.2 Human Performance Bulletins

    7.2.3 Initial Report of Injury

    7.2.4 JSA

    7.2.5 OSHA Form 300 - Log of Work Related Injuries and Illnesses

    7.2.6 OSHA Form 300A - Summary of Work-Related Injuries and Illnesses

    7.2.7 Pre-Job Briefing

    7.2.8 Incident Apparent Causal and Root Cause Analysis

    7.2.9 SOR Database

    7.2.10 Daily Safety Officer Report  ICS 214

## 8 REFERENCES / ATTACHMENTS

8.1 Safety Tool Box - Quick Reference Guide (attached)

8.2 KRP site-specific developed SOPs are found on TVA's "Jacobs" server under the SOP and Project Management Plan folder. HSE SOPs are designated as SOP-HSE-xxx.

8.3 Applicable TVA Safety Procedures are listed in the attachment and the most current electronic version can be accessed on TVA's Intranet.

8.4 Sample Daily Safety Officer Report, ICS 214 Form.

8.5 Copies are available from Jacobs Document Control who can also provide an electronic copy as requested.



## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

# SAFETY INTEGRATION – ONE PROGRAM

### SAFETY TOOL BOX - QUICK REFERENCE GUIDE

| Daily or More | Who | Comments |
|---|---|---|
| Pre-Job Briefings | Conducted by supervisor, foreman, general foreman, or designee to identify and eliminate hazards and plan work. | Before starting work in the morning, a review after lunch and when changes are made or conditions change. See *SOP-HSE-002 Pre-Job Briefing*. |
| "Two Minute Rule" | Everyone - KRP managers / supervisors ensure this is a habit for everyone and require TVA and contractors to exercise the "Two Minute Rule." | "TVA Take Two" cards are to be available at all work locations. See *SOP-HSE-003 Two Minute Rule*. |
| SOR Reporting | Craft, foremen, general foremen, all supervisors, and safety professionals observe and document all identified at-risk behaviors and hazardous conditions on a standard form. KRP utilizes a SOR database to maintain an organized SOR program. | Generates action items for unresolved "at risk behaviors" and "unsafe conditions" provides trending data. See *SOP-HSE-004 Safety Observation Report*. |
| **Every Other Week** | | |
| Tri-Lateral Safety Alliance (TLSA) Meeting and Safety Inspection | Audits are conducted by TLSA craft stewards to observe site activities, employee safety behaviors, and quality of housekeeping. TLSA team and a prime contractor management member attend. Corrective actions are to be tracked in the SOR tracking database. | Others may be invited. A management team member accompanies the team on inspections. Rotate participating management personnel among superintendents and construction managers. See *SOP-HSE-022 Tri-Lateral Safety Alliance*. |
| **Periodic as Required** | | |
| JSA | Crews, safety professional, supervisors, and appropriate experts from all levels work together. | Task specific safety requirements. Revise when change is required; can be more than one time per day. Reviewed by foreman with craft workers for hazard indentified and task planning. See *SOP-HSE-005 Job Safety Analysis*. |
| Incident Reporting / Injury Trending | Jacobs Safety Department and contractor safety professionals. | The blank form is available from Jacobs Safety Department. See *SOP-HSE-006 Incident Reporting*. |
| Zero Tolerance Policy | All contractors implement. | See *SOP-HSE-007 Zero Tolerance Policy*. |
| Human Performance Awareness Bulletins | Jacobs Safety Department generates and delivers to Contractors. Typically issued once a month to improve work practices or procedure improvement. | Post in conspicuous locations throughout the project. Use as topics for discussions, meetings and craft safety meetings during the month. See *SOP-HSE-008 Performance Awareness Bulletin*. |

Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 7 of 12   PageID #: 595

JEG0000395


## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

# SAFETY INTEGRATION – ONE PROGRAM

| Daily or More | Who | Comments |
|---|---|---|
| Safety Flash Bulletins | Jacobs Safety Department issues Safety Flashes to communicate "Lessons Learned." The Flash Safety Report is a tool for quick dissemination of information about safety incidents. | Post in conspicuous locations throughout the project. Use as topics for discussions, meetings and craft safety meetings during the month. See *SOP-HSE-009 Safety Flash Bulletin*. |
| Unified Safety Reviews "Safety Blitz" | All contractors and TVA personnel, as selected, will participate in a "Safety Blitz" to review operations / tasks / areas that are at high risk. | Examples of when it can be used include mob or demob and new equipment or personnel change out. Additional examples and description of the process are located in *SOP-HSE-010 Unified Safety Review Blitz*. |
| Incident Command Structure, HSE Organization, Safety Coverage "Watch Lists" | Lists the contact information for safety professionals and other appropriate management personnel. | Updated as changes are made available. See *SOP-HSE-011 HSE Coverage Duty Roster "Watch List"*. |

Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 8 of 12   PageID #: 596

JEG0000396



## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

## SAFETY INTEGRATION – ONE PROGRAM

**JACOBS**

### DAILY SAFETY OFFICER REPORT
### ICS 214 FORM
**Kingston Ash Recovery Project**

| NAME: | POSITION: | DATE : |
|---|---|---|
| CONTRACTOR: | AREA ASSIGNED: | HOURS WORKED: |

| Personnel Roster Assigned | |
|---|---|
| NAME (List names of Persons) | POSITION |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Activity Log | |
|---|---|
| Time | Major Events (Who, what, where) |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

T:\DOCUMENT CONTROL\Forms and Logs\Forms\214 - Daily Safety Officer Report.docx          FORM 214

I:\0012 QUALITY ASSURANCE\PMP Rev\PMP\PMP 002 SAFETY INTEGRATION Rev 1.docx



**PROJECT MANAGEMENT PLAN**
**KINGSTON ASH RECOVERY PROJECT**

## SAFETY INTEGRATION – ONE PROGRAM

### KEY TVA SAFETY PROCEDURES / PROCEDURE NUMBER

| | General Safety |
|---|---|
| 207 | General Safety Rules and Employee Conduct |
| 215 | Hazard Assessment |
| 216 | Hazard Communication |
| 217 | Safety Coaching Visits |
| 220 | Safety Meetings |
| 226 | Safety Stand-down |
| 303 | Emergency Shower and Eye Wash |
| 304 | Eye and Face Protection |
| 305 | Fall Protection Systems |
| 306 | Flotation Devices |
| 307 | Foot Protection |
| 308 | Hand Protection |
| 309 | Head Protection |
| 310 | Hearing Conservation |
| 312 | Respiratory Protection |
| | **Training** |
| 401 | Health and Safety Training |
| 406 | Boating Safety Training |
| 414 | Defensive Driver Training |
| 418 | Ergonomics Training |
| 419 | Excavation – Affected Person Training |
| 420 | Excavation – Competent Person Training |
| 421 | Fall Protection Training |
| 422 | Vehicle Flagging Training |
| 423 | Forklift Operations Training |
| 425 | Hand and Portable Power Tools Training |
| 426 | Handling and Storage of Compressed Gas Training |
| 427 | Hazard Recognition Training |
| 430 | Hearing Conservation Course |
| 431 | Heat Stress Course |
| 435 | Safety Coaching Visits Training |
| 436 | Job Safety Analysis Training |

JEG0000398


## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

# SAFETY INTEGRATION – ONE PROGRAM

| | |
|---|---|
| 437 | Ladder Safety Course |
| 438 | Lock-out / Tag-out Training |
| 441 | Personal Protective Equipment Training |
| 445 | Railroad Safety Course |
| 447 | Respiratory Protection Course |
| 448 | Rigging Course |
| 449 | River and Deck Skills Course |
| 451 | Supervisory Safety Orientation |
| 455 | OSHA 10-Hour Construction Course |
| **General Safety** | |
| 602 | Barricades and Barriers |
| 603 | Boating Safety |
| 606 | Hand Tools |
| 607 | Housekeeping |
| 609 | Lifting and Handling Materials |
| 610 | Motor Vehicle Operations |
| 611 | Office Safety |
| 612 | Warning Signs |
| 615 | Lock-out / Tag-out |
| 616 | Manual Material Handling |
| **Mechanical** | |
| 705 | Compressed Air |
| 706 | Compressed Gas Cylinders |
| 707 | Conveyor Systems |
| 710 | Grinding and Cutting |
| 711 | Heavy Equipment Operations |
| 713 | Portable Ladders |
| 714 | Machine Guarding |
| 718 | Pneumatic Tools |
| 719 | Portable Heating Equipment |
| 721A | Rigging (non-nuclear) |
| **Special Work Requirements** | |
| 802 | Safe Operations of Cranes |
| 804 | Excavations and Trenching |
| 805 | Forklift Operations |

Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 11 of 12   PageID #: 599

JEG0000399


## PROJECT MANAGEMENT PLAN
## KINGSTON ASH RECOVERY PROJECT

# SAFETY INTEGRATION – ONE PROGRAM

| | |
|---|---|
| 806 | Heat Stress |
| 809 | Hot Work |
| 810 | Marine Operations |
| 812 | Railroad Operations |
| 814 | Underwater Diving |
| 815 | Welding and Cutting |
| **Chemical / Hazardous Material** | |
| 901 | Ammonia |
| 906 | Combustible and Flammable Liquids |
| 913 | Silica |
| **Electrical - General** | |
| 1007 | Ground Fault Circuit Interrupters |
| 1011 | Portable and Vehicle Mounted Generators |
| 1012 | Portable Electrical Tools and Attachments |

Case 3:18-cv-00153-TAV-HBG   Document 1-9   Filed 04/17/18   Page 12 of 12   PageID #: 600

JEG0000400