UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VERNON D. ALLEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JACOBS ENGINEERING GROUP. INC., et al., )<br>)<br>Defendants. ) | No. 3:18-CV-153 |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to *Greg Adkisson, et al. v. Jacobs Engineering Group, Inc.*, No. 3:13-CV-505. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, the two cases are related. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton, this case will also be assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge