UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| VERNON D. ALLEN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No.: 3:18-CV-153-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., et al., | ) |
| Defendants. | ) |

# **ORDER**

This civil action is before the Court on periodic review. This case arises from the same facts as a group of related and consolidated fly-ash cases, in which Jacobs Engineering Group is also the defendant; the lead case is *Adkisson et al. v. Jacobs Engineering Group*, No. 3:13-cv-505, and the phase-one trial is set for October 16, 2018. There are also two motions pending, one of which relates to the Court's subject-matter jurisdiction.

For these reasons, this case is **STAYED** pending resolution of phase one of the group of cases led by *Adkisson*. Plaintiffs are directed to file a motion to lift this stay within **seven (7) days** of the conclusion of phase one of the *Adkisson* group of cases.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE